772 A.2d 413

**NATIONWIDE MUTUAL INSURANCE COMPANY, Appellant,**

**v.**

**Daniel W. LEHMAN and Delores Lehman, Appellees.**

Supreme Court of Pennsylvania.

Argued April 30, 2001.

Decided May 10, 2001.

Gregory F. Lepore, Lansdale, Philadelphia, for Nationwide Insurance Company.

Christine P. Busch, James C. Haggerty, Philadelphia, for PA Defense Institute.

Robert F. Claraval, Harrisburg, for Daniel Lehman.

Michael E. Kosik, Harrisburg, for PA Trial Lawyers Association.

174

Before FLAHERTY, C.J., ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.